

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00177-CR

KELLY K. MCKIM                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

### MEMORANDUM OPINION[1]

----------

On April 19, 2011, Appellant Kelly K. McKim pleaded guilty to prostitution with three or more prior convictions and received 180 days' confinement in a state jail facility pursuant to a plea bargain. On the same day, the trial court entered its Certification of Defendant's Right of Appeal in accordance with rule 25.2(a)(2). Tex. R. App. P. The certification states that this criminal case "is a plea-bargain case, and the defendant has NO right of appeal." On May 10, 2011,

----

[1]*See* Tex. R. App. P. 47.4.

Appellant filed a pro se notice of appeal. On May 13, 2011, the trial court signed an order appointing attorney Ron Couch to represent Appellant on her appeal. On May 23, 2011, we notified Appellant's counsel and Appellant that the certification indicating Appellant had no right to appeal had been filed in this court and that this appeal could be dismissed unless Appellant, or any party desiring to continue the appeal, filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. To date, we have received no response showing any grounds for continuing the appeal.

Rule 25.2(a)(2) limits the right of appeal in a plea bargain case to matters that were raised by written motion filed and ruled on before trial or to cases in which the appellant obtained the trial court's permission to appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification denied permission to appeal, and Appellant does not challenge a pretrial ruling on a written motion. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 4, 2011

2